```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
FRANCO BARTZIK RUBIO,                                             :
                                                                  :
                                                                  :
                              Petitioner,                         :
                                                                  :           23-CV-1423 (JMF)
              -v-                                                 :
                                                                  :               ORDER
                                                                  :
SANDRA LETICIA MORALES LOPEZ,                                     :
                                                                  :
                              Respondent.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      In light of the parties' letters, *see* ECF Nos. 13 and 14, the conference scheduled for **March 2, 2023,** at **2:15 p.m.** will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  **Both parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.**  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  The parties should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of those who may speak during the teleconference and the telephone numbers from which they expected to join the call.

      **Petitioner shall serve a copy of this Order on Respondent via email today, and post proof of such service by tomorrow before the conference.**

      SO ORDERED.

Dated: March 1, 2023
      New York, New York
                                                           JESSE M. FURMAN
                                                 United States District Judge