```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
FRANCO BARTZIK RUBIO,                                             :
                                                                  :
                                          Petitioner,             :
                                                                  :            23-CV-1423 (JMF)
                -v-                                               :
                                                                  :                ORDER
SANDRA LETICIA MORALES LOPEZ,                                     :
                                                                  :
                                          Respondent.             :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of Petitioner's letter requesting certain limited discovery, *see* ECF No. 20, the parties shall, **no later than Monday, March 13, 2023, at 10 a.m. Eastern Time**, confer *by telephone* about the scope of potential limited discovery and a schedule for such discovery. Plaintiff shall file a letter addressing those issues and the parties' agreement or lack thereof no later than **5:00 p.m.** on **March 13, 2023**.

Additionally, the parties shall appear for a conference to address these issues on **March 14, 2023,** at **4:00 p.m.** It will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. **Both parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.** (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) The parties should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of those who may speak during the teleconference and the telephone numbers from which they expected to join the call.

SO ORDERED.

Dated: March 10, 2023
       New York, New York                            _____
                                                           JESSE M. FURMAN
                                                         United States District Judge