UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
FRANCO BARTZIK RUBIO, :
:
                Petitioner, :
: 23-CV-1423 (JMF)
    -v- :
: ORDER
SANDRA LETICIA MORALES LOPEZ, :
:
                Respondent. :
:
------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

    As stated during the teleconference held on the record yesterday:

- Petitioner is authorized to seek the discovery enumerated in items 1 through 7 of Petitioner's March 13, 2023 letter. *See* ECF No. 22. All discovery shall be subject to a protective order providing that the information and materials may be disclosed only to Petitioner's counsel and the Court, absent Respondent's consent or leave of Court. Petitioner shall serve his discovery requests and a draft protective order to Respondent by **March 16, 2023.**

- Respondent shall respond to Petitioner's discovery requests by **April 6, 2023**.

- Petitioner may take Respondent's deposition by **April 15, 2023**. The parties should confer about whether the deposition can be conducted remotely or in Mexico.

- Respondent shall file an answer or otherwise respond to the Petition by **March 31, 2023**.

- Petitioner shall file a status and next-steps letter within **one week of Respondent's deposition**.

- In the case of discovery disputes, the parties should follow this Court's Individual Rules and Practices in Civil Pro Se Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman). Namely, if there are any discovery disputes, the parties are required to confer with one another in an effort to resolve the dispute without the need for Court intervention. If the parties are unable to resolve their dispute, either party may file a letter-motion, no longer than three pages and in accordance with Paragraph 1 of this Court's Individual Rules and Practices in Civil Pro Se Cases, explaining the nature of the dispute and requesting an informal conference. If the opposing party wishes to respond to the letter, it must promptly file a responsive letter, not to exceed three pages.

- As noted in this Court's prior order, *see* ECF No. 17, there is a Pro Se Law Clinic in this District that assists people who are parties in civil cases and do not have lawyers, who may be able to provide Respondent with advice in connection with this case.

SO ORDERED.

Dated: March 15, 2023
      New York, New York

                                                       JESSE M. FURMAN
                                                   United States District Judge