UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FRANCO BARTZIK RUBIO, :
:
Plaintiff, :
: 23-CV-1423 (JMF)
-v- :
: ORDER
SANDRA LETICIA MORALES LOPEZ, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of the fact that counsel has now appeared on behalf of Respondent, *see* ECF Nos. 27-28, it is hereby ORDERED that counsel for the parties appear for an **in-person** conference with the Court on **March 28, 2023,** at **10:00 a.m.**, in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: March 24, 2023
       New York, New York
                                                         JESSE M. FURMAN
                                                  United States District Judge