

**Krauss Shaknes Tallentire & Messeri LLP**
350 Fifth Avenue, Suite 7620, New York, NY 10118
Main: (212) 228-5552 │ Fax: (646) 710-4570

July 10, 2023

*Application GRANTED. The parties are ordered to submit another joint status update by July 21, 2023. The Clerk of Court is directed to terminate ECF Nos. 3 and 48.*

VIA PACER

Honorable Judge Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*SO ORDERED.*

*[signature]*

RE:   *Franco Bartzik Rubio v. Sandra Leticia Morales Lopez*;    July 11, 2023
        Case No: 23-cv-01423

Dear Judge Furman:

    This firm represents Respondent, Sandra Leticia Morales Lopez, in the above-referenced proceeding. We write this letter jointly with Petitioner's counsel pursuant to this Court's Order [ECF No. 47] directing Petitioner to file a joint status letter by today's date.

    The parties had their second mediation session with the court-assigned mediator on July 7, 2023, and have a counsel-only session scheduled for Wednesday, July 12.

    Following the mediation, the parties propose submitting another joint status update on Friday, July 21. Further, the parties jointly request that Respondent's time to reply on the motion to dismiss be extended to July 28, and all other scheduling deadlines set forth in ECF. No. 47 be extended until further notice.

    We thank the Court for its time and consideration.

Respectfully Submitted,

*[signature]*

Valentina Shaknes

TO:   Richard Min, Esq. (via Pacer)
        Michael Banuchis, Esq. (via Pacer)
        Justine Stringer, Esq. (via Pacer)