# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

October 12, 2023

Honorable Judge Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *Franco Bartzik Rubio v. Sandra Leticia Morales Lopez*
<u>Case No: 23-cv-01423</u>

Dear Judge Furman,

This firm represents Petitioner Franco Bartzik Rubio in the above-referenced proceeding. On October 11, 2023, Petitioner filed a letter motion to reopen the case. [ECF No. 57]. On October 12, 2023, the Court granted that motion and ordered the parties to appear for a conference on Tuesday, October 17, 2023 at 11:45 a.m. [ECF No. 58].

We write with the consent of Respondent's counsel to respectfully request that the conference be moved to any time the Court is available on Wednesday, October 18, 2023 or during the afternoon of Thursday, October 19, 2023. The reason for requesting the adjournment is because both of Petitioner's counsel of record have scheduling conflicts. Mr. Banuchis is on trial for a Hague Convention case that day and Mr. Min is participating in the 2023 Hague Special Commission on the 1980 and 1996 Conventions.

We thank the Court for its consideration.

The request is GRANTED.  The conference scheduled for October 17, 2023, is hereby rescheduled for **October 18, 2023,** at **2:00 p.m.** The Clerk of Court is directed to terminate ECF No. 59.

SO ORDERED.

*[signature]*

October 12, 2023

Respectfully Submitted,

/s/Michael Banuchis_____
Richard Min
Michael Banuchis
Green Kaminer Min & Rockmore LLP
*Attorneys for Petitioner*
420 Lexington Ave. 2821
New York, NY 10170

*Website:  www.gkmrlaw.com  •  Email:  info@gkmrlaw.com*