UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FRANCO BARTZIK RUBIO,                                                   :
:
                           Petitioner,                  :
:      23-CV-1423 (JMF)
         -v-                                                       :
:      ORDER
SANDRA LETICIA MORALES LOPEZ,                                           :
:
                           Respondent.                 :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record at the conference held earlier today:

- By **Tuesday, October 24, 2023**, the parties shall file a joint letter advising the Court of any deadlines that need to be reinstated;

- By **Friday, October 27, 2023**, at **5:00 p.m.**, Petitioner shall file an amended opposition to Respondent's pending motion to dismiss, *see* ECF No. 37, which shall be considered the sole operative opposition; and

- By **Friday, November 3, 2023**, Respondent shall file her reply thereto.

       Should any discovery disputes arise, the parties are directed to follow the Court's Individual Rules, *see* Rule 3E, which includes a requirement that the parties must confer in good faith in an effort to resolve the dispute prior to raising it with the Court.  The parties are strongly encouraged to continue settlement discussions and should promptly advise if there is anything the Court can do to facilitate such discussions.

       SO ORDERED.

Dated: October 18, 2023
       New York, New York
                                                        JESSE M. FURMAN
                                                        United States District Judge