UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
FRANCO BARTZIK RUBIO,

                Petitioner,

   -against-                                                   23 **CIVIL** 1423 (JMF)

                                                                          **<u>JUDGMENT</u>**

SANDRA LETICIA MORALES LOPEZ,

                Respondent.
-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 20, 2023, Morales Lopez's motion is GRANTED, and the Petition is DISMISSED as moot. That does not, of course, mean that the dispute at the heart of this case - over the custody of A.B.M. - is moot; far from it. But "what is ultimately at issue in this case, in human if not legal terms, that is, the welfare of [A.B.M.], is in good hands in the courts of the [Mexico], where there is jurisdiction to deal with custody issues, and where those courts are free to consider broadly the welfare of [A.B.M.]." Burton, 1996 WL 591285, at *1. It is in those courts, not this Court, that Bartzik Rubio must seek further relief. Accordingly, the case is closed.

**Dated:**  New York, New York

       November 20, 2023

                                                               **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                              **BY:**

                                                     _____
                                                              **Deputy Clerk**